371 A.2d 1300

Commonwealth v. Olinzock, Appellant.

Commonwealth v. Collins, Appellant.

Argued November 11, 1976. Joseph M. George, for appellant at No. 608; Charles C. Gentile, for appellant at No. 662; William A. Tantlinger, Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.